UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ROBERT L. KRASELNIK, ESQ.

Case 1:07-cv-11635-GBD   Document 3   Filed 01/17/2008   Page 1 of 1

DAVID LEON, ETC.

Plaintiff(s)

Index # 07 CV 11635

- against -

Purchased December 28, 2007

BETTER LIVING, LLC D/B/A BOUNCE, ETC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 7, 2008 at 11:35 AM at

C/O SPIEGEL & ULTRERA
1 MAIDEN LANE, 5TH FL.
NEW YORK, NY 10038

deponent served the within SUMMONS AND COMPLAINT on BETTER LIVING, LLC D/B/A BOUNCE therein named.

BY LEAVING A TRUE COPY WITH BEN DIMATTEO, MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 35 | 5'7 | 150 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 7, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**ANDERSON CHAN**
License #: 1220482
Invoice #: 454269

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728