LAW OFFICES OF
ROBERT L. KRASELNIK, PLLC
40 WALL STREET, 28TH FLOOR
NEW YORK, NY 10005
212-400-7160

FILED
APR 0 4 2008

robert@kraselnik.com
www.kraselnik.com

DIRECT: 212-400-7161
FAX: 212-400-7162

April 2, 2008

**Via Fax**
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED
*George B. Daniels*
HON. GEORGE B. DANIELS
APR 0 4 2008

Re:   David Leon, et al. v. Better Living, LLC, et al. (07-CV-11635)

Dear Judge Daniels:

This firm represents the plaintiff, David Leon, in this matter. As of yet, the defendant has not made an appearance in this action and, accordingly, we now intend to pursue a default. In the interim, pursuant to instructions received from Chambers, we respectfully request that tomorrow's Initial Conference be adjourned.

We thank Your Honor for considering this request.

Respectfully submitted,

Law Offices of Robert L. Kraselnik, PLLC

Robert L. Kraselnik